NUSBAUM, STEIN, GOLDSTEIN
BRONSTEIN & KRON, P.A.
20 Commerce Blvd., Suite E
Succasunna, NJ 07876
(973) 584-1400; Fax 973-584-8747
litigation.nsgb@verizon.net

By:  Robert D. Kobin (RK-5312)
     Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARA LESENDE and VICTOR LESENDE, her husband,<br><br>        Plaintiffs,<br><br>              v.<br><br>OFFICER ARNOLD BORRERO, CITY OF NEWARK, CITY OF NEWARK POLICE DEPARTMENT, SGT. LILLIAM CARPENTER, CAPT. RICHARD CUCCOLO, ACTING CAPT. CRYSTAL BURROUGHS, CAPT. ALBERT A. CICALESE, ANTHONY F. AMBROSE, IRVING BRADLEY, JOHN DOE SGT. BADGE NO. 6916, ABC CORPS 1-10 and JOHN DOES 1-10,<br><br>        Defendants. | Hon. Dickinson R. Debevoise<br><br>CIVIL ACTION NO. 06-4967 (DRD)<br><br>JUDGMENT |

THIS MATTER having come for trial on damages in the presence of Robert D. Kobin, Esq., of Nusbaum, Stein, Goldstein, Bronstein & Kron, P.A., attorney for Plaintiff, Sara Lesende, and Avion Benjamin, Esq., counsel for the City of Newark; and

The jury having returned a verdict for damages in the amount of $4,000,000.00 in compensatory damages to the Plaintiff Sara Lesende from the City of Newark;

IT IS on this 14th day of October, 2012;

ORDERED that Judgment be entered in favor of the Plaintiff Sara Lesende as against Defendant The City of Newark in the amount of $4,000,000.00 in compensatory damages; and

IT IS FURTHER ORDERED, that within thirty (30) days of the date of this Judgment, Plaintiff shall serve on counsel for the City of Newark and file with the Clerk of Court a copy of the same, a Bill of Costs and Disbursements pursuant to L.Civ.R. 54.1; and

IT IS FURTHER ORDERED, that within thirty (30) days of the date of this Judgment, Plaintiff shall file with the Court, an Affidavit setting forth the nature of counsel's service, dates of services rendered, description of services, time spent in performing the service as well as counsel's billing rate in support of compensation for counsel fees pursuant L.Civ.R. 54.2.; and

IT IS FURTHER ORDERED, that within thirty (30) days of the date of this Judgment, Plaintiff shall file with the Court, an application setting forth calculations of pre-judgment interest from October 17, 2006, the date of the filing of the Complaint to the date of this Judgment.

_____
Hon. Dickinson R. Debevoise