UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>NEWARK</u>　　　　　　　　　　　　　　　　　　　　　　　　JANUARY 22, 2013

**JUDGE:** Dickinson R. Debevoise　　　　　　　　　　　　Civ.# 06-4967
**COURT REPORTER**: Mollie Giordano
**DEPUTY CLERK** : Ellen Mc Murray

**TITLE OF CASE:**

　　　SARA LESENDE, et al　V.　BORRERO, et al

**APPEARANCES :**

　　　Robert D. Kobin, Esq for pltf.
　　　Avion M. Benjamin, Esq for deft, City of Newark

**NATURE OF PROCEEDINGS**:   Motion Hearing

　　　Hearing on defendant's application on a Motion for a new trial.
　　　Court will reserve decision.

　　　　　　　　　　　　　　　　　　　　　　　　　Ellen Mc Murray
　　　　　　　　　　　　　　　　　　　　　　　　　Sr. Court Room Deputy

Time Commenced: 10:00 am
Time Adjourned :   11:15 am